### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.: 4:21-CR-00026-CDL-MSH-2 |
| BRUCE STINSON | |

### ORDER ON MOTION FOR CONTINUANCE

Defendant **Bruce Stinson** has moved the Court to continue the pre-trial hearing of his case, presently scheduled for August 5, 2021, and to continue the trial until the January 2022 trial term. The Government does not oppose this motion. Defendant was arraigned on July 8, 2021. Additional time is needed for the government to produce discovery to defense counsel, discovery review, pretrial investigation and legal research. The Court finds that it is in the interests of justice to allow the parties to complete the discovery process as well as pretrial investigation and research; and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 27] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's January 2022 trial calendar. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this **20th** day of **July 2021**.

S/Clay D. Land  
HONORABLE CLAY D. LAND  
UNITED STATES DISTRICT COURT